**STATE of Missouri, Respondent,**

v.

**Darrell JAMES, Appellant.**

**No. WD 52486.**

Missouri Court of Appeals, Western District.

Sept. 24, 1996.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joanne E. Joiner, Assistant Attorney General, Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SMART, JJ.

### *ORDER*

PER CURIAM:

Appeal from conviction of sale of a controlled substance under § 195.211, RSMo, 1994.

Affirmed. Rule 30.25(b).